B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CAMPBELL, JAMES WILLIAM JR.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**DARRIN-CAMPBELL, DANA LINE** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5661** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1509** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3716 CAESARS CIRCLE**<br>**LAS VEGAS, NV**                    ZIP Code **89120** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3716 CAESARS CIRCLE**<br>**LAS VEGAS, NV**                    ZIP Code **89120** |
| County of Residence or of the Principal Place of Business:<br>**CLARK** | County of Residence or of the Principal Place of Business:<br>**CLARK** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12         of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                   **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CAMPBELL, JAMES WILLIAM JR.**<br>**DARRIN-CAMPBELL, DANA LINE** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X**  **/s/ Zachariah Larson**                    **December 27, 2010**
Signature of Attorney for Debtor(s)                          (Date)
**Zachariah Larson 7787**

</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box)<br><br>■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes)<br><br>☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1)(4/10)** | Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CAMPBELL, JAMES WILLIAM JR.**<br>**DARRIN-CAMPBELL, DANA LINE** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ JAMES WILLIAM CAMPBELL, JR.**

Signature of Debtor **JAMES WILLIAM CAMPBELL, JR.**

X **/s/ DANA LINE DARRIN-CAMPBELL**

Signature of Joint Debtor **DANA LINE DARRIN-CAMPBELL**

Telephone Number (If not represented by attorney)

**December 27, 2010**

Date

### Signature of Attorney*

X **/s/ Zachariah Larson**

Signature of Attorney for Debtor(s)

**Zachariah Larson 7787**

Printed Name of Attorney for Debtor(s)

**LARSON & STEPHENS, LLC**

Firm Name

**810 S. CASINO CENTER BLVD.**
**SUITE 104**
**LAS VEGAS, NV 89101**

Address

**Email: zlarson@lslawnv.com**
**(702) 382-1170  Fax: (702) 382-1169**

Telephone Number

**December 27, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **JAMES WILLIAM CAMPBELL, JR.,**                                    Case No. _____
       **DANA LINE DARRIN-CAMPBELL**

Debtors

# FORM 1. VOLUNTARY PETITION

## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **CK IV, LLC**<br>**NEVADA** | **10-29541** | **10/15/10**<br>**BAM** |
| **JAMES W. CAMPBELL, DC., LTD.**<br>**NEVADA** | **10-29539** | **10/15/10**<br>**BAM** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of Nevada

In re    **JAMES WILLIAM CAMPBELL, JR.**
       **DANA LINE DARRIN-CAMPBELL**                 Case No. _____

                                         Debtor(s)        Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ JAMES WILLIAM CAMPBELL, JR.**
                        **JAMES WILLIAM CAMPBELL, JR.**

Date:    **December 27, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re    **JAMES WILLIAM CAMPBELL, JR.**
        **DANA LINE DARRIN-CAMPBELL**

                                Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ DANA LINE DARRIN-CAMPBELL**
                                 **DANA LINE DARRIN-CAMPBELL**

Date:  **December 27, 2010**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Form B 201A, Notice to Consumer Debtor(s)                                                                                    Page 2

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **JAMES WILLIAM CAMPBELL, JR.**
**DANA LINE DARRIN-CAMPBELL**

Case No. _____

Chapter  **7** _____

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**JAMES WILLIAM CAMPBELL, JR.**
**DANA LINE DARRIN-CAMPBELL**
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ JAMES WILLIAM CAMPBELL, JR.**    **December 27, 2010**
Signature of Debtor                              Date

X  **/s/ DANA LINE DARRIN-CAMPBELL**    **December 27, 2010**
Signature of Joint Debtor (if any)              Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re      **JAMES WILLIAM CAMPBELL, JR.,**
      **DANA LINE DARRIN-CAMPBELL**

                                       Debtors

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,055,806.00 | | |
| B - Personal Property | Yes | 6 | 65,732.40 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,963,765.91 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 23,745.42 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 576,791.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 9,947.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 23,356.24 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| | | Total Assets | 1,121,538.40 | | |
| | | Total Liabilities | | 3,564,302.77 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **JAMES WILLIAM CAMPBELL, JR.,**
       **DANA LINE DARRIN-CAMPBELL**

Case No. _____

_____,

                                     Debtors

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **JAMES WILLIAM CAMPBELL, JR.,**              Case No. _____
        **DANA LINE DARRIN-CAMPBELL**

_____,
             Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3716 CAESARS CIRLE, LAS VEGAS, NEVADA 89120** | **PRIMARY RESIDENCE** | **C** | **555,806.00** | **1,204,678.00** |
| **6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119** | **INVESTMENT PROPERTY** | **C** | **500,000.00** | **1,683,618.51** |
| **20 ACRES UTAH (SECURED BY FIRST ASIAN BANK)** | **INVESTMENT PROPERTY** | **C** | **Unknown** | **Unknown** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,055,806.00** | (Total of this page) |
| Total > | **1,055,806.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **JAMES WILLIAM CAMPBELL, JR.,**                            Case No. _____
         **DANA LINE DARRIN-CAMPBELL**
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT LOCATED AT US BANK** | C | 15.02 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS AND FURNISHINGS** | C | 11,705.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **CLOTHING** | C | 100.00 |
| 7.  Furs and jewelry. | | **ROLEX MANS YACHT MASTER STAINLESS WATCH** | C | 1,100.00 |
| | | **CARTIER LADIES STAINLESS WATCH** | C | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **GLOCK MODEL .36 45 CAL PISTOL ETM967** | C | 400.00 |
| | | **SPRINGFILED MODEL XA40 40 CAL PISTOL US378700** | C | 300.00 |
| | | **RUGER P92 9MM PISTOL 317-10495** | C | 325.00 |
| | | **SIG SAUER P232SL 380CAL PISTOL S237023** | C | 400.00 |
| | | **TAURUS PT99AF 9MM PISTOL THH26698** | C | 200.00 |

Sub-Total >          14,845.02
(Total of this page)

  **5**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **JAMES WILLIAM CAMPBELL, JR.,**                 Case No. _____
        **DANA LINE DARRIN-CAMPBELL**
                                                       ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **TERM LIFE INSURANCE POLICY LOCATED AT PHILLIP J. BRACKEN INSURANCE AGENCY ENDING IN #0849** | W | 0.00 |
| | | **ACCIDENTAL DEATH INSURANCE LOCATED AT SILVER STATE SCHOOLS FAMILY CREDIT UNION ENDING IN #4253** | C | 0.00 |
| | | **DISABILITY INCOME INSURANCE POLICY LOCATED AT AMERIPRISE ENDING IN #5786** | H | 0.00 |
| | | **OVERHEAD EXPENSE INSURANCE POLICY LOCATED AT AMERIPRISE ENDING IN #5802** | H | 0.00 |
| | | **TERM LIFE INSURANCE LOCATED AT JACKSON NATIONAL LIFE INSURANCE COMPANY ENDING IN #1700** | H | 0.00 |
| | | **TERM LIFE INSURANCE LOCATED AT JACKSON NATIONAL LIFE INSURANCE COMPANY ENDING IN #9100** | H | 0.00 |
| | | **TERM LIFE INSURANCE LOCATED AT JACKSON NATIONAL LIFE INSURANCE COMPANY ENDING IN #6730** | H | 0.00 |
| | | **TERM LIFE INSURANCE LOCATED AT JACKSON NATIONAL LIFE INSURANCE COMPANY ENDING IN #1750** | H | 0.00 |
| | | **TERM LIFE INSURANCE LOCATED AT JACKSON NATIONAL LIFE INSURANCE COMPANY ENDING IN #6990** | H | 0.00 |
| | | **BUSINESS OVERHEAD EXPENSE POLICY LOCATED AT MASS MUTUAL ENDING IN #2520** | H | 0.00 |
| | | **BUSINESS OVERHEAD EXPENSE POLICY LOCATED AT MASS MUTUAL ENDING IN #0102** | H | 0.00 |
| | | **DISABILITY INSURANCE POLICY LOCATED AT MASS MUTUAL ENDING IN #7443** | H | 0.00 |
| | | **DISABILITY INSURANCE POLICY LOCATED AT MASS MUTUAL ENDING IN #3049** | H | 0.00 |
| | | **DISABILITY INSURANCE POLICY LOCATED AT MASS MUTUAL ENDING IN #3051** | H | 0.00 |

                                           Sub-Total >       **0.00**
                                          (Total of this page)

Sheet  __1__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **JAMES WILLIAM CAMPBELL, JR.,**    Case No. _____
    **DANA LINE DARRIN-CAMPBELL**
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | DISABILITY INSURANCE POLICY LOCATED AT MASS MUTUAL ENDING IN #4658 | H | 0.00 |
| | | TERM LIFE INSURANCE POLICY LOCATED AT TRANSAMERICA OCCIDENTAL LIFE ENDING IN #1565 | H | 0.00 |
| | | TERM LIFE INSURANCE POLICY LOCATED AT TRANSAMERICA OCCIDENTAL LIFE ENDING IN #8123 | H | 0.00 |
| | | TERM LIFE INSURANCE POLICY LOCATED AT TRANSAMERICA OCCIDENTAL LIFE ENDING IN #2572 | H | 0.00 |
| | | TERM LIFE INSURANCE POLICY LOCATED AT SILVER STATE SCHOOLS FAMILY CREDIT UNION ENDING IN #7607 | H | 0.00 |
| | | TERM LIFE INSURANCE POLICY LOCATED ENDING IN #0437 | H | 0.00 |
| | | TERM LIFE INSURANCE POLICY LOCATED AT GENWORTH LIFE AND ANNUITY INSURANCE COMPANY ENDING IN #5483 | H | 0.00 |
| | | TERM LIFE INSURANCE POLICY LOCATED AT CHASE INSURANCE LIFE COMPANY ENDING IN #2871 | H | 0.00 |
| | | TERM LIFE INSURANCE POLICY LOCATED AT RIVERSOURCE INSURANCE ENDING IN #8117 | H | 0.00 |
| | | DISABILITY INSURANCE POLICY LOCATED AT ALLIANZ ENDING IN #9415 | H | 0.00 |
| | | BUSINESS OVERHEAD EXPENSE POLICY LOCATED AT MASS MUTUAL ENDING IN #3061 | H | 0.00 |
| | | TERM LIFE INSURANCE POLICY LOCATED AT AMERICAN GENERAL LIFE INSURANCE ENDING IN #9894 | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                             Sub-Total >      **0.00**
                                       (Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **JAMES WILLIAM CAMPBELL, JR.,**                                    Case No. _____
      **DANA LINE DARRIN-CAMPBELL**
_____ ,
                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | RETIREMENT ACCOUNT ENDING IN #7001 LOCATED AT AMERIPRISE FINANCIAL | H | 14,454.86 |
| | | IRA ACCOUNT ENDING IN #0800 LOCATED AT FIRST TRUST COMPANY OF ONAGA | H | 3,524.39 |
| | | RETIREMENT ACCOUNT LOCATED AT E*TRADE SECURITIES ENDING IN #5628 | C | 1,083.13 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | 100% INTEREST IN VEGAS VALLEY PAIN CENTER, INC. | C | 0.00 |
| | | 100% INTEREST IN JAMES W. CAMPBELL D.C., LTD. (FILED CHAPTER 7 BANKRUPTCY ON OCTOBER 15, 2010 / CASE NO.: 10-29539-BAM) | C | 0.00 |
| | | 100% INTEREST IN CAMPBELL CHIROPRACTIC CORPORATION | C | 0.00 |
| | | 100% INTEREST IN CK IV, LLC (FILED CHAPTER 7 BANKRUPTCY ON OCTOBER 15, 2010 / CASE NO.: 10-29541-BAM) | C | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

                                           Sub-Total >    **19,062.38**
                                      (Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **JAMES WILLIAM CAMPBELL, JR.,**             Case No. _____
          **DANA LINE DARRIN-CAMPBELL**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 LEXUS (LEASED)** | **C** | **0.00** |
| | | **2008 ESCALADE ESV (LEASE)** | **C** | **0.00** |
| | | **2007 HONDA ELEMENT** | **C** | **12,200.00** |
| | | **1974 ELEMENT - TBD** | **C** | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

                                                Sub-Total >        **12,200.00**
                                             (Total of this page)

Sheet   **4**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **JAMES WILLIAM CAMPBELL, JR.,**  Case No. _____
       **DANA LINE DARRIN-CAMPBELL**
                                                    ,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **BUSINESS APPRAISAL (SECURED BY FIVE POINT CAPITAL AND NEVADA STATE BANK)** | **C** | **19,625.00** |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---:|
| Sub-Total > | **19,625.00** |
| (Total of this page) | |
| Total > | **65,732.40** |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **JAMES WILLIAM CAMPBELL, JR.,**            Case No. _____
        **DANA LINE DARRIN-CAMPBELL**

                                                 , Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)
       ☐ 11 U.S.C. §522(b)(2)                                   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
       ■ 11 U.S.C. §522(b)(3)                                     *with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| CHECKING ACCOUNT LOCATED AT US BANK | Nev. Rev. Stat. § 21.090(1)(g) | 11.27 | 15.02 |
| | Nev. Rev. Stat. § 21.090(1)(z) | 3.75 | |
| **Household Goods and Furnishings** | | | |
| HOUSEHOLD GOODS AND FURNISHINGS | Nev. Rev. Stat. § 21.090(1)(b) | 11,705.00 | 11,705.00 |
| **Wearing Apparel** | | | |
| CLOTHING | Nev. Rev. Stat. § 21.090(1)(b) | 100.00 | 100.00 |
| **Furs and Jewelry** | | | |
| ROLEX MANS YACHT MASTER STAINLESS WATCH | Nev. Rev. Stat. § 21.090(1)(a) | 1,100.00 | 1,100.00 |
| CARTIER LADIES STAINLESS WATCH | Nev. Rev. Stat. § 21.090(1)(a) | 300.00 | 300.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| GLOCK MODEL .36 45 CAL PISTOL ETM967 | Nev. Rev. Stat. § 21.090(1)(i) | 400.00 | 400.00 |
| SPRINGFILED MODEL XA40 40 CAL PISTOL US378700 | Nev. Rev. Stat. § 21.090(1)(z) | 300.00 | 300.00 |
| RUGER P92 9MM PISTOL 317-10495 | Nev. Rev. Stat. § 21.090(1)(z) | 325.00 | 325.00 |
| SIG SAUER P232SL 380CAL PISTOL S237023 | Nev. Rev. Stat. § 21.090(1)(i) | 400.00 | 400.00 |
| TAURUS PT99AF 9MM PISTOL THH26698 | Nev. Rev. Stat. § 21.090(1)(i) | 200.00 | 200.00 |
| **Interests in Insurance Policies** | | | |
| TERM LIFE INSURANCE POLICY LOCATED AT PHILLIP J. BRACKEN INSURANCE AGENCY ENDING IN #0849 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| ACCIDENTAL DEATH INSURANCE LOCATED AT SILVER STATE SCHOOLS FAMILY CREDIT UNION ENDING IN #4253 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| DISABILITY INCOME INSURANCE POLICY LOCATED AT AMERIPRISE ENDING IN #5786 | Nev. Rev. Stat. § 687B.270 | 0.00 | 0.00 |
| OVERHEAD EXPENSE INSURANCE POLICY LOCATED AT AMERIPRISE ENDING IN #5802 | Nev. Rev. Stat. § 616C.205 | 0.00 | 0.00 |
| TERM LIFE INSURANCE LOCATED AT JACKSON NATIONAL LIFE INSURANCE COMPANY ENDING IN #1700 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| TERM LIFE INSURANCE LOCATED AT JACKSON NATIONAL LIFE INSURANCE COMPANY ENDING IN #9100 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |

  __2__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re    **JAMES WILLIAM CAMPBELL, JR.,**                   Case No. _____
         **DANA LINE DARRIN-CAMPBELL**

                                           Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| TERM LIFE INSURANCE LOCATED AT JACKSON NATIONAL LIFE INSURANCE COMPANY ENDING IN #6730 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| TERM LIFE INSURANCE LOCATED AT JACKSON NATIONAL LIFE INSURANCE COMPANY ENDING IN #1750 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| TERM LIFE INSURANCE LOCATED AT JACKSON NATIONAL LIFE INSURANCE COMPANY ENDING IN #6990 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| BUSINESS OVERHEAD EXPENSE POLICY LOCATED AT MASS MUTUAL ENDING IN #2520 | Nev. Rev. Stat. § 616C.205 | 0.00 | 0.00 |
| BUSINESS OVERHEAD EXPENSE POLICY LOCATED AT MASS MUTUAL ENDING IN #0102 | Nev. Rev. Stat. § 616C.205 | 0.00 | 0.00 |
| DISABILITY INSURANCE POLICY LOCATED AT MASS MUTUAL ENDING IN #7443 | Nev. Rev. Stat. § 687B.270 | 0.00 | 0.00 |
| DISABILITY INSURANCE POLICY LOCATED AT MASS MUTUAL ENDING IN #3049 | Nev. Rev. Stat. § 687B.270 | 0.00 | 0.00 |
| DISABILITY INSURANCE POLICY LOCATED AT MASS MUTUAL ENDING IN #3051 | Nev. Rev. Stat. § 687B.270 | 0.00 | 0.00 |
| DISABILITY INSURANCE POLICY LOCATED AT MASS MUTUAL ENDING IN #4658 | Nev. Rev. Stat. § 687B.270 | 0.00 | 0.00 |
| TERM LIFE INSURANCE POLICY LOCATED AT TRANSAMERICA OCCIDENTAL LIFE ENDING IN #1565 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| TERM LIFE INSURANCE POLICY LOCATED AT TRANSAMERICA OCCIDENTAL LIFE ENDING IN #8123 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| TERM LIFE INSURANCE POLICY LOCATED AT TRANSAMERICA OCCIDENTAL LIFE ENDING IN #2572 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| TERM LIFE INSURANCE POLICY LOCATED AT SILVER STATE SCHOOLS FAMILY CREDIT UNION ENDING IN #7607 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| TERM LIFE INSURANCE POLICY LOCATED ENDING IN #0437 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| TERM LIFE INSURANCE POLICY LOCATED AT GENWORTH LIFE AND ANNUITY INSURANCE COMPANY ENDING IN #5483 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re     **JAMES WILLIAM CAMPBELL, JR.,**                                    Case No. _____
          **DANA LINE DARRIN-CAMPBELL**
                                                                    ,
                                        Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| TERM LIFE INSURANCE POLICY LOCATED AT CHASE INSURANCE LIFE COMPANY ENDING IN #2871 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| TERM LIFE INSURANCE POLICY LOCATED AT RIVERSOURCE INSURANCE ENDING IN #8117 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| DISABILITY INSURANCE POLICY LOCATED AT ALLIANZ ENDING IN #9415 | Nev. Rev. Stat. § 687B.270 | 0.00 | 0.00 |
| BUSINESS OVERHEAD EXPENSE POLICY LOCATED AT MASS MUTUAL ENDING IN #3061 | Nev. Rev. Stat. § 616C.205 | 0.00 | 0.00 |
| TERM LIFE INSURANCE POLICY LOCATED AT AMERICAN GENERAL LIFE INSURANCE ENDING IN #9894 | Nev. Rev. Stat. § 21.090(1)(k) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| RETIREMENT ACCOUNT ENDING IN #7001 LOCATED AT AMERIPRISE FINANCIAL | Nev. Rev. Stat. § 21.090(1)(r) | 14,454.86 | 14,454.86 |
| IRA ACCOUNT ENDING IN #0800 LOCATED AT FIRST TRUST COMPANY OF ONAGA | Nev. Rev. Stat. § 21.090(1)(r) | 10,524.39 | 3,524.39 |
| RETIREMENT ACCOUNT LOCATED AT E*TRADE SECURITIES ENDING IN #5628 | Nev. Rev. Stat. § 21.090(1)(r) | 1,083.13 | 1,083.13 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 HONDA ELEMENT | Nev. Rev. Stat. § 21.090(1)(f) | 15,000.00 | 12,200.00 |
| 1974 ELEMENT - TBD | Nev. Rev. Stat. § 21.090(1)(f) | 15,000.00 | 0.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| BUSINESS APPRAISAL (SECURED BY FIVE POINT CAPITAL AND NEVADA STATE BANK) | Nev. Rev. Stat. § 21.090(1)(d) | 19,625.00 | 19,625.00 |

|  | Total: | 90,532.40 | 65,732.40 |
|---|---|---:|---:|

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **JAMES WILLIAM CAMPBELL, JR.,**                                    Case No. _____
       **DANA LINE DARRIN-CAMPBELL**
_____,
                               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxx-xxxxxx2-001**<br><br>**5 POINT CAPITAL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 644006 CINCINNATI, OH 45264-4006** | | | C | | **BUSINESS APPRAISAL (SECURED BY FIVE POINT CAPITAL AND NEVADA STATE BANK)**<br><br>Value $            **19,625.00** | | | | 33,988.50 | 14,363.50 |
| Account No. **xxx-xxxxxx3-001**<br><br>**5 POINT CAPITAL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 644006 CINCINNATI, OH 45264-4006** | | | C | | **BUSINESS APPRAISAL (SECURED BY FIVE POINT CAPITAL AND NEVADA STATE BANK)**<br><br>Value $            **19,625.00** | | | | 14,810.40 | 14,810.40 |
| Account No. **xxxxxxxxxx7800**<br><br>**CHASE ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 78039 PHOENIX, AZ 85062-8039** | | | C | | **LIEN HOLDER**<br><br>**6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119**<br><br>Value $          **500,000.00** | | | | 17,953.65 | 17,953.65 |
| Account No. **xx1174**<br><br>**CR SYS FOX ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1055 WINNECONNE AVE. PO BOX 528 NEENAH, WI 54957-0528** | | H | | | **Opened  2/01/09 Last Active  8/01/08**<br><br>**SECURED LOAN**<br><br>**GOVERNMENT SECURED DIRECT LOAN APPLE MEDICAL CLINIC**<br><br>Value $            **Unknown** | | | | 2,401.50 | Unknown |

   **2**   continuation sheets attached

Subtotal
(Total of this page)

69,154.05      47,127.55

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **JAMES WILLIAM CAMPBELL, JR.,**
     **DANA LINE DARRIN-CAMPBELL**

                                      Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | LIEN HOLDER | | | | | |
| **FIRST ASIAN BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2610 S. JONES BLVD., SUITE 3 LAS VEGAS, NV 89146** | C | | 6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119 | | | | | |
| | | | Value $              500,000.00 | | | | 354,696.00 | 354,696.00 |
| Account No. xxxxxxxx2682 | | | Opened 12/24/07  Last Active  1/01/10 | | | | | |
| **GMAC AUTOMATIVE CREDIT ATTN:  BANKRUTPCY DESK/MANAGING AGENT PO BOX 12699 GLENDALE, AZ 85318** | H | | AUTOMOBILE LOAN  2008 ESCALADE ESV (LEASE) | | | | | |
| | | | Value $                     0.00 | | | | 13,008.00 | 13,008.00 |
| Account No. xxx-xxxxx-xxxxxxx-5001 | | | LIEN HOLDER | | | | | |
| **NEVADA STATE BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT P.O. BOX 990 LAS VEGAS, NV 89125** | C | | 6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119 | | | | | |
| | | | Value $              500,000.00 | | | | 664,327.89 | 164,327.89 |
| Account No. xxx-xxxxx-xxxxxxx-5001 | | | CREDIT LINE ON PROPERTY | | | | | |
| **NEVADA STATE BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT P.O. BOX 990 LAS VEGAS, NV 89125** | C | | 6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119 | | | | | |
| | | | Value $              500,000.00 | | | | 100,500.00 | 100,500.00 |
| Account No. xxxxxxL944 | | | Opened 12/04/08  Last Active 12/09/09 | | | | | |
| **TOYOTA MOTOR CREDIT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10040 N 25TH AVE., STE. 200 PHOENIX, AZ 85021** | H | | AUTOMOBILE LOAN  2009 LEXUS (LEASED) | | | | | |
| | | | Value $                    0.00 | | | | 11,261.00 | 11,261.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,143,792.89 | 643,792.89 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **JAMES WILLIAM CAMPBELL, JR.,**                 Case No. _____
        **DANA LINE DARRIN-CAMPBELL**

                                                  Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No.<br><br>**US SMALL BUSINESS C/O NSDC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6572 SOUTH MCCARRAN BLVD. RENO, NV 89509** | C | | | | **LIEN HOLDER**<br><br>**6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119**<br><br>Value $      **500,000.00** | | | | **546,140.97** | **546,140.97** |
| Account No. **xxxxxxxxxxxxx0001**<br><br>**WELLS FARGO HOME MORTGAGE ATTN: BANKRUPTCY DESK/MANAGING AGENT 8480 STAGECOACH CIRCLE FREDERICK, MD 21701** | C | | | | Opened **7/25/03** Last Active **7/07/09**<br><br>**SECOND MORTGAGE**<br><br>**3716 CAESARS CIRLE, LAS VEGAS, NEVADA 89120**<br><br>Value $      **555,806.00** | | | | **395,980.00** | **395,980.00** |
| Account No. **xxxxxxxx5108**<br><br>**WELLS FARGO HOME MORTGAGE ATTN: BANKRUPTCY DESK/MANAGING AGENT 8480 STAGECOACH CIRCLE FREDERICK, MD 21701** | C | | | | Opened **6/25/03** Last Active **9/22/09**<br><br>**MORTGAGE**<br><br>**3716 CAESARS CIRLE, LAS VEGAS, NEVADA 89120**<br><br>Value $      **555,806.00** | | | | **808,698.00** | **252,892.00** |
| Account No.<br><br><br><br><br> | | | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | <br><br><br>Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,750,818.97** | **1,195,012.97** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **2,963,765.91** | **1,885,933.41** |

**B6E (Official Form 6E) (4/10)**

In re    **JAMES WILLIAM CAMPBELL, JR.,**         Case No. _____
       **DANA LINE DARRIN-CAMPBELL**

                               Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                     __1__    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **JAMES WILLIAM CAMPBELL, JR.,**                    Case No. _____
        **DANA LINE DARRIN-CAMPBELL**
                                                    ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **x-xxxx-xxxx-xx23-07** | | | **PROPERTY TAX ON 20 ACRES IN UTAH** | | | | | | |
| **H. EUGENE ADAMS IRON COUNTY AUDITOR ATTN: BANKRUPTCY DEPT, MANAGING AGENT 68 SOUTH 100 EAST, PO BOX 457 PAROWAN, UT 84761** | C | | | | | | 300.42 | 0.00 | 300.42 |
| Account No. | | | **2008 PERSONAL TAXES** | | | | | | |
| **INTERNAL REVENUE SERVICE C/O BANKRUPTCY DEPT/MANAGING AGENT PO BOX 21126 PHILADELPHIA, PA 19114-0326** | C | | | | | | 3,500.00 | 0.00 | 3,500.00 |
| Account No. | | | **2009 PERSONAL TAXES** | | | | | | |
| **INTERNAL REVENUE SERVICE C/O BANKRUPTCY DEPT/MANAGING AGENT PO BOX 21126 PHILADELPHIA, PA 19114-0326** | C | | | | | | 19,945.00 | 0.00 | 19,945.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 23,745.42 | 23,745.42 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 23,745.42 | 23,745.42 |

B6F (Official Form 6F) (12/07)

In re   **JAMES WILLIAM CAMPBELL, JR.,**         Case No. _____

      **DANA LINE DARRIN-CAMPBELL**
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADVANCE FUNDS NETWORK**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**2084 CONEY ISLAND AVENUE**<br>**BROOKLYN, NY 11223** | C | | **BUSINESS EXPENSE** | | | | **8,140.00** |
| Account No. xxxxxxxxxxx5170<br><br>**ADVANTA BANK CORP**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 8088**<br>**PHILADELPHIA, PA 19101-8088** | | H | **Opened 1/26/04 Last Active 7/01/09**<br>**CREDIT CARD PURCHASES** | | | | **20,223.00** |
| Account No.<br><br>**ALPHA OMEGA POOL SERVICES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**10778 HOLMFIELD STREET**<br>**HENDERSON, NV 89052** | C | | **POOL SERVICE** | | | | **0.00** |
| Account No. xx1867<br><br>**AMERICAN FINANCE SOLUTIONS**<br>**C/O DOTSON & QUALEY**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**2320 PASEO DEL PRADO, BLDG B,**<br>**SUITE 205**<br>**LAS VEGAS, NV 89102** | C | | **BUSINESS EXPENSE** | | | | **2,693.68** |

  **_7_**   continuation sheets attached

                            Subtotal         **31,056.68**
                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES WILLIAM CAMPBELL, JR.,**            Case No. _____
       **DANA LINE DARRIN-CAMPBELL**

                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-0271**<br><br>**BANK OF AMERICA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 1598**<br>**NORFOLK, VA 23501** | C | | **Opened 2/28/03 Last Active 11/04/09**<br>**CREDIT CARD PURCHASES** | | | | **50,000.00** |
| Account No. **xxxxxxxxxx5232**<br><br>**BANK OF AMERICA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 1598**<br>**NORFOLK, VA 23501** | H | | **Opened 4/03/04 Last Active 10/28/09**<br>**REPOSSESSED BOAT 2004 MAXUM 3700 SCR** | | | | **133,040.00** |
| Account No. **xxxx-xxxx-xxxx-7724**<br><br>**BANK OF AMERICA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 1598**<br>**NORFOLK, VA 23501** | C | | **CREDIT CARD PURCHASES** | | | | **55,000.00** |
| Account No. **xxxx-xxxx-xxxx-7642**<br><br>**BANK OF AMERICA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 1598**<br>**NORFOLK, VA 23501** | C | | **CREDIT CARD PURCHASES** | | | | **9,200.00** |
| Account No. **xxxx-xxxx-xxxx-4660**<br><br>**BANK OF AMERICA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 1598**<br>**NORFOLK, VA 23501** | C | | **CREDIT CARD PURCHASES** | | | | **45,277.63** |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
                      (Total of this page)      **292,517.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES WILLIAM CAMPBELL, JR.,**                                    Case No. _____
      **DANA LINE DARRIN-CAMPBELL**
_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5516**<br><br>**BANKCARD SERVICES<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>PO BOX 4477<br>BEAVERTON, OR 97076-4477** | C | | **CREDIT CARD PURCHASES** | | | | 4,767.50 |
| Account No. **xxxx-xxxx-xxxx-7662**<br><br>**BARCLAYS BANK OF DELAWARE<br>ATTN: BANKRUPTCY<br>DESK/MANAGING AGENT<br>125 S. WEST ST.<br>WILMINGTON, DE 19801** | W | | Opened 7/19/06 Last Active 12/22/09<br>**CREDIT CARD PURCHASES** | | | | 12,877.83 |
| Account No. **xxxx-xxxx-xxxx-2368**<br><br>**CAPITAL ONE<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>PO BOX 60024<br>CITY OF INDUSTRY, CA 91716-0024** | W | | Opened 3/31/06 Last Active 7/01/09<br>**CREDIT CARD PURCHASES** | | | | 27,959.00 |
| Account No. **xxxx-xxxx-xxxx-3278**<br><br>**CAPITAL ONE<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>PO BOX 60024<br>CITY OF INDUSTRY, CA 91716-0024** | H | | Opened 5/12/08 Last Active 12/21/09<br>**CREDIT CARD PURCHASES** | | | | 1,093.00 |
| Account No. **xxxx-xxxx-xxxx-2954**<br><br>**CHASE<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>4915 INDEPENDENCE PARKWAY<br>TAMPA, FL 33634** | C | | Opened 10/17/02 Last Active 6/10/09<br>**CREDIT CARD PURCHASES** | | | | 39,989.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,686.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES WILLIAM CAMPBELL, JR.,**
      **DANA LINE DARRIN-CAMPBELL**

                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-8523**<br><br>**CHASE<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>4915 INDEPENDENCE PARKWAY<br>TAMPA, FL 33634** | | W | | | Opened 1/24/06 Last Active 1/11/10<br>CREDIT CARD PURCHASES | | | | 16,304.95 |
| Account No. **xxxxxxx8014**<br><br>**DISCOVER FINANCIAL SERVICES<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025** | | W | | | Opened 2/08/96 Last Active 1/01/10<br>CREDIT CARD PURCHASES | | | | 6,095.10 |
| Account No. **xxxxxxx4103**<br><br>**DISCOVER FINANCIAL SERVICES<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025** | | H | | | Opened 5/21/08 Last Active 12/15/09<br>CREDIT CARD PURCHASES | | | | 1,513.00 |
| Account No. **xxxx7169**<br><br>**GENESIS FINANCIAL SOLUTIONS, INC.<br>C/O PHILLIPS & COHEN<br>ASSOCIATES, ITD.<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>1002 JUSTISON STREET** | | C | | | BUSINESS EXPENSE | | | | 5,358.62 |
| Account No.<br><br>**GW HEEL LIFT, INC.<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>709 S. FRANKLIN STREET<br>CUBA, MO 65453** | | C | | | BUSINESS EXPENSE | | | | 0.00 |

Sheet no. __3___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,271.67

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES WILLIAM CAMPBELL, JR.,**              Case No. _____
         **DANA LINE DARRIN-CAMPBELL**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx-xxxxxx6704<br><br>**HSBC/BEST BUY**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 15519**<br>**WILMINGTON, DE 19850** | | H | **Opened 3/11/07 Last Active 1/01/10**<br>**CREDIT CARD PURCHASES** | | | | 870.00 |
| Account No. xxx-xxxxxx4-001<br><br>**IFC CREDIT CORP**<br>**FPC FUNDING, LLC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1310 MADRID STREET, SUITE 103**<br>**MARSHALL, MN 56258** | C | | **BUSINESS EXPENSE** | | | | 0.00 |
| Account No. xxxxxxxxxxx7464<br><br>**INTEGRITY PAYMENT SYSTEMS, LLC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1700 HIGGINS ROAD, SUITE 690**<br>**DES PLAINES, IL 60018** | C | | **BUSINESS EXPENSE** | | | | 96.83 |
| Account No. xxxxxxxxxxx1391<br><br>**INTEGRITY PAYMENT SYSTEMS, LLC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1700 HIGGINS ROAD, SUITE 690**<br>**DES PLAINES, IL 60018** | C | | **BUSINESS EXPENSE** | | | | 390.39 |
| Account No.<br><br>**KIM WALKER, CPA**<br>**ATN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**9670 W. TROPICANA AVENUE, STE. 105**<br>**LAS VEGAS, NV 89147** | C | | **ATTORNEY FEES** | | | | 5,500.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **6,857.22**

B6F (Official Form 6F) (12/07) - Cont.

In re **JAMES WILLIAM CAMPBELL, JR.,**
       **DANA LINE DARRIN-CAMPBELL**                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**MAX ADVANCE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**4208 18TH AVENUE**<br>**BROOKLYN, NY 11218** | C | | | **BUSINESS EXPENSE** | | | | 8,600.00 |
| Account No. **xxxxxxxx6420**<br><br>**MCYDSNB**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**9111 DUKE BLVD.**<br>**MASON, OH 45040** | W | | | **Opened 11/30/02  Last Active 12/01/09**<br>**CREDIT CARD PURCHASES** | | | | 508.00 |
| Account No.<br><br>**PALM COURT OWNERS**<br>**ASSOCIATION**<br>**LANDRY AND ASSOC.**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**7235-A BERMUDA ROAD**<br>**LAS VEGAS, NV 89119** | C | | | **HOME OWNERS ASSOCIATION FOR 6841 S. EASTERN AVE. #100** | | | | 494.94 |
| Account No. **xxxx-xxxx-xxxx-0879**<br><br>**PLATINUM AMERICA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 23029**<br>**COLUMBUS, GA 31902** | C | | | **CREDIT CARD PURCHASES** | | | | 4,890.00 |
| Account No. **xxxxx-xxxxxx9608**<br><br>**PREMIER MECHANICAL**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**4375 POLARIS AVE., UNIT A**<br>**LAS VEGAS, NV 89103** | C | | | **BUSINESS EXPENSE** | | | | 142.50 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                14,635.44

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES WILLIAM CAMPBELL, JR.,**
       **DANA LINE DARRIN-CAMPBELL**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx*xx232.1** | | | MEDICAL EXPENSE | | | | |
| PUEBLO MEDICAL IMAGING, LLC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT DEPT. LA 21605 PASADENA, CA 91185-1605 | C | | | | | | 677.56 |
| Account No. **xxxxxx1517** | | | Opened 5/28/07 Last Active 12/01/09 CREDIT CARD PURCHASES | | | | |
| RC WILLEY HOME FURNITURE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2301 S. 300 W. SALT LAKE CITY, UT 84115 | | H | | | | | 3,396.00 |
| Account No. **xx7581** | | | Opened 11/06/08 Last Active 1/14/09 BUSINESS EXPENSE (FLAMINGO OFFICE LEASE | | | | |
| RIBEIRO COMPANY C/O CLARK COUNTY COLLECTIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8860 W. SUNSET ROAD, STE. 100 LAS VEGAS, NV 89148 | | H | | | | | 10,689.00 |
| Account No. **xxxxx0801** | | | Opened 7/15/02 Last Active 12/01/09 CREDIT CARD PURCHASES | | | | |
| SILVER STATE SCHOOLS CREDIT UNION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT P.O. BOX 12037 LAS VEGAS, NV 89112 | C | | | | | | 588.91 |
| Account No. | | | COLLECTIONS ON IFC CREDIT CORP | | | | |
| US BANK PORTFOLIO SERVICES/IFC C/O NATIONWIDE RECOVERY SYSTEMS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2304 TARPLEY ROAD, STE. 134 CARROLLTON, TX 75006 | C | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 15,351.47 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES WILLIAM CAMPBELL, JR.,**
         **DANA LINE DARRIN-CAMPBELL**                          Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **HOME OWNER ASSOCIATION** | | | | |
| **VERDE VALLE HOA** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **3360 WEST SAHARA AVE., STE. 200** **HENDERSON, NV 89012** | C | | | | | | | | 2,500.00 |
| Account No. xxxxxxxxxxx2146 | | | | | Opened 4/15/03  Last Active 1/01/10 **CREDIT CARD PURCHASES** | | | | |
| **VISDSNB** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **9111 DUKE BLVD** **MASON, OH 45040** | | W | | | | | | | 3,002.00 |
| Account No. xxxxxxxxxxx6657 | | | | | Opened 2/17/02  Last Active 4/23/09 **CREDIT CARD PURCHASES** | | | | |
| **WELLS FARGO BUSINESS CARD** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **PO BOX 348750** **SACRAMENTO, CA 95834** | C | | | | | | | | 92,731.00 |
| Account No. xxxxxxx0206 | | | | | Opened 6/22/06  Last Active 12/11/09 **CREDIT CARD PURCHASES** | | | | |
| **WFNNB/J CREW** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **PO BOX 182273** **COLUMBUS, OH 43218** | | W | | | | | | | 2,182.00 |
| Account No. | | | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 100,415.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 576,791.44 |

B6G (Official Form 6G) (12/07)

In re    **JAMES WILLIAM CAMPBELL, JR.,**                                    Case No. _____
         **DANA LINE DARRIN-CAMPBELL**
         _____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **5 POINT CAPITAL**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 644006**<br>**CINCINNATI, OH 45264-4006** | **CABINET LEASE EXPIRES OCTOBER 2012** |
| **5 POINT CAPITAL**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 644006**<br>**CINCINNATI, OH 45264-4006** | **FURNITURE LEASE EXPIRES OCTOBER 2012** |
| **ADVANCE FUNDS NETWORK**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**2084 CONEY ISLAND AVENUE**<br>**BROOKLYN, NY 11223** | **FUNDING AGREEMENT** |
| **APPLE MEDICAL CLINIC**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1713 S. ONEIDA STREET**<br>**APPLETON, WI 54915** | **OFFICE LEASE (JUDGMENT)** |
| **DR. DAVID GEORGE**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**10645 N. TATUM BLVD.**<br>**PHOENIX, AZ 85028** | **X-RAY LEASE EXPIRES OCTOBER 2012** |
| **GMAC AUTOMATIVE CREDIT**<br>**ATTN:  BANKRUTPCY DESK/MANAGING AGENT**<br>**PO BOX 12699**<br>**GLENDALE, AZ 85318** | **LEASE ON 2008 ESCALADE ESV** |
| **IFC CREDIT CORP**<br>**FPC FUNDING, LLC**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1310 MADRID STREET, SUITE 103**<br>**MARSHALL, MN 56258** | **EQUIPMENT LEASE** |
| **MAX ADVANCE**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**4208 18TH AVENUE**<br>**BROOKLYN, NY 11218** | **WORKING CAPITAL CASH ADVANCE**<br>**AGREEMENT** |
| **PUGET SOUND LEASING**<br>**OF FIRST SOUND BANK**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 1295**<br>**ISSAQUAH, WA 98027** | **HYPERBARIC CHAMBER LEASE EXPIRES**<br>**FEBRUARY 2013** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **JAMES WILLIAM CAMPBELL, JR.,**            Case No. _____
        **DANA LINE DARRIN-CAMPBELL**

                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **RIBEIRO COMPANY**<br>**C/O CLARK COUNTY COLLECTIONS**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**8860 W. SUNSET ROAD, STE. 100**<br>**LAS VEGAS, NV 89148** | **FLAMINGO OFFICE LEASE** |
| **SCRIP/HESSCO**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**DEPT. CH 17615**<br>**PALATINE, IL 60055-7615** | **DTS TRITON TABLE, EXPIRES APRIL 2010** |
| **SUNSET STORAGE WEST**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**3869 E. SUNSET ROAD**<br>**LAS VEGAS, NV 89120** | **BUSINESS STORAGE UNIT** |
| **TOYOTA MOTOR CREDIT**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**10040 N 25TH AVE., STE. 200**<br>**PHOENIX, AZ 85021** | **LEASE ON LEXUS IS 250** |

     Sheet    __1__    of    __1__    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **JAMES WILLIAM CAMPBELL, JR.,**　　　　　　　　　　　　Case No. _____
　　　　**DANA LINE DARRIN-CAMPBELL**

　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

# SCHEDULE H - CODEBTORS

　　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** ____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **JAMES WILLIAM CAMPBELL, JR.**
**DANA LINE DARRIN-CAMPBELL**                              Case No. _____
_____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Son<br>Son<br>Son | AGE(S):<br>11<br>13<br>16 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **CHIROPRACTOR** | **HOME MAKER** |
| Name of Employer | **JAMES W. CAMPBELL DC, LTD.** | |
| How long employed | **16 YEARS** | |
| Address of Employer | **6841 S. EASTERN AVE. #100**<br>**LAS VEGAS, NV 89119** | |

| | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | | **0.00** | | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **553.00** | $ | **0.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **553.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **-553.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **2,000.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): **CORPORATE DRAWS** | $ | **8,500.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **10,500.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **9,947.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **9,947.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**DEBTOR'S INCOME HAS REDUCED BY 40% IN 2010**

B6J (Official Form 6J) (12/07)

In re   **JAMES WILLIAM CAMPBELL, JR.**          Case No. _____
        **DANA LINE DARRIN-CAMPBELL**
                                  Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 5,995.50 |
| a. Are real estate taxes included? | Yes **X**     No ___ | |
| b. Is property insurance included? | Yes **X**     No ___ | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 2,000.00 |
| b. Water and sewer | | $ 600.00 |
| c. Telephone | | $ 47.50 |
| d. Other   **See Detailed Expense Attachment** | | $ 296.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 1,500.00 |
| 4. Food | | $ 1,500.00 |
| 5. Clothing | | $ 1,000.00 |
| 6. Laundry and dry cleaning | | $ 230.00 |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 1,000.00 |
| 10. Charitable contributions | | $ 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 2,000.00 |
| c. Health | | $ 545.50 |
| d. Auto | | $ 875.00 |
| e. Other   **DISABILITY INSURANCE** | | $ 600.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 1,464.74 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **EDUCATIONAL EXPENSE FOR YOUR CHILDRENT UNDER 18** | | $ 2,652.00 |
| Other   **EDUCATION NECESSARY TO MAINTAIN EMPLOYMENT** | | $ 200.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 23,356.24 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | | $ 9,947.00 |
| b.   Average monthly expenses from Line 18 above | | $ 23,356.24 |
| c.   Monthly net income (a. minus b.) | | $ -13,409.24 |

**B6J (Official Form 6J) (12/07)**

In re  **JAMES WILLIAM CAMPBELL, JR.**
    **DANA LINE DARRIN-CAMPBELL**                  Case No. _____
                                     Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| **HOA** | $ **114.00** |
| **COX CABLE** | $ **182.00** |
| **Total Other Utility Expenditures** | $ **296.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **JAMES WILLIAM CAMPBELL, JR.**
          **DANA LINE DARRIN-CAMPBELL**

Case No. _____

Chapter    **7**

                            Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **31**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **December 27, 2010**         Signature    **/s/ JAMES WILLIAM CAMPBELL, JR.**

                                                    **JAMES WILLIAM CAMPBELL, JR.**
                                                  Debtor

Date    **December 27, 2010**         Signature    **/s/ DANA LINE DARRIN-CAMPBELL**

                                                    **DANA LINE DARRIN-CAMPBELL**
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re **JAMES WILLIAM CAMPBELL, JR.**
**DANA LINE DARRIN-CAMPBELL**
Debtor(s)

Case No. _____

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $0.00 | 2010 YTD INCOME - TBD |
| $200,757.00 | 2009 INCOME |
| $191,102.00 | 2008 INCOME |

2

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■
b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■
c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **WELLS FARGO BANK, N.A. V. CAMPBELL ET AL.** **CASE NO.: A-09-603638-C** | **BREACH OF CONTRACT** | **DISTRICT COURT** **CLARK COUNTY, NEVADA** | **PENDING** |
| **APPLE MEDICAL CLINIC V. CAMPBELL** **CASE NO.: 09SC6147** | **COLLECTIONS** | **STATE OF WISCONSIN** **CIRCUIT COURT** **BROWN COUNTY** | **JUDGMENT ENTERED** |
| **FIRST ASIAN BANK V. JAMES W. CAMPBELL D.C., LTD. ET AL.** **CASE NO.: A-10-616667-C** | | **DISTRICT COURT** **CLARK COUNTY, NEVADA** | **PENDING** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **BANK OF AMERICA**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 1598**<br>**NORFOLK, VA 23501** | **SEPTEMBER 7, 2009** | **BOAT** |
| **IFC CREDIT CORP**<br>**FPC FUNDING, LLC**<br>**1310 MADRID STREET, SUITE 103**<br>**MARSHALL, MN 56258** | **NOVEMBER 13, 2009** | **CHIROPRATIC TABLE** |

---

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

4

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LARSON & STEPHENS, LLC 810 S. CASINO CENTER BLVD. SUITE 104 LAS VEGAS, NV 89101** | **2010** | **$7,500.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **NEVADA STATE BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT P.O. BOX 990 LAS VEGAS, NV 89125** | **CHECKING ACCOUNT ENDING IN #0636** | **$10.00** |

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **CK IV, LLC** | **71-1017675** | **6841 S. EASTERN AVE. #100 LAS VEGAS, NV 89119** | **BUILDING LLC** | **FEBRUARY 2006 TO PRESENT** |
| **CAMPBELL CHIROPRACTIC CORPORATION** | **88-0465091** | **6841 S. EASTERN AVE. #100 LAS VEGAS, NV 89119** | **CHIROPRACTIC SERVICES** | **JUNE 2000 TO JUNE 2010** |
| **JAMES W. CAMPBELL, D.C., LTD.** | **88-0310897** | **6841 S. EASTERN AVE. #100 LAS VEGAS, NV 89119** | **SUPPLIES** | **DECEMBER 1993 TO PRESENT** |
| **VEGAS VALLEY PAIN CENTER, INC.** | **26-0885769** | **6841 S. EASTERN AVE. #100 LAS VEGAS, NV 89119** | **SPINAL DECOMPRESSION** | **SEPTEMBER 2007 TO PRESENT** |
| **INTERIOR ELEMENTS, INC.** | | **1621 E. FLAMINGO ROAD, SUITE 16B LAS VEGAS, NV 89119** | **INTERIOR DESIGN** | **NOVEMBER 2006 TO NOVEMBER 2008** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

8

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS             TITLE               DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                  DATE AND PURPOSE            AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR       OF WITHDRAWAL               OR DESCRIPTION AND
                                                              VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                         TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **December 27, 2010**         Signature    **/s/ JAMES WILLIAM CAMPBELL, JR.**
                                                        **JAMES WILLIAM CAMPBELL, JR.**
                                                        Debtor

Date    **December 27, 2010**         Signature    **/s/ DANA LINE DARRIN-CAMPBELL**
                                                        **DANA LINE DARRIN-CAMPBELL**
                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re   **JAMES WILLIAM CAMPBELL, JR.**
      **DANA LINE DARRIN-CAMPBELL**                           Case No. _____
                                          Debtor(s)         Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**5 POINT CAPITAL** | **Describe Property Securing Debt:**<br>**BUSINESS APPRAISAL (SECURED BY FIVE POINT CAPITAL AND NEVADA STATE BANK)** |

Property will be (check one):
  ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
  ■ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt              ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**5 POINT CAPITAL** | **Describe Property Securing Debt:**<br>**BUSINESS APPRAISAL (SECURED BY FIVE POINT CAPITAL AND NEVADA STATE BANK)** |

Property will be (check one):
  ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
  ■ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**CHASE** | **Describe Property Securing Debt:**<br>**6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119** |

Property will be (check one):
   ■Surrendered           □Retained

If retaining the property, I intend to (check at least one):
   □Redeem the property
   □Reaffirm the debt
   □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □Claimed as Exempt         ■Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**CR SYS FOX** | **Describe Property Securing Debt:**<br>**GOVERNMENT SECURED DIRECT LOAN APPLE MEDICAL CLINIC** |

Property will be (check one):
   ■Surrendered           □Retained

If retaining the property, I intend to (check at least one):
   □Redeem the property
   □Reaffirm the debt
   □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □Claimed as Exempt         ■Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**FIRST ASIAN BANK** | **Describe Property Securing Debt:**<br>**6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119** |

Property will be (check one):
   ■Surrendered           □Retained

If retaining the property, I intend to (check at least one):
   □Redeem the property
   □Reaffirm the debt
   □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □Claimed as Exempt         ■Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**GMAC AUTOMATIVE CREDIT** | **Describe Property Securing Debt:**<br>**2008 ESCALADE ESV (LEASE)** |

Property will be (check one):
☐Surrendered                    ■Retained

If retaining the property, I intend to (check at least one):
☐Redeem the property
■Reaffirm the debt
☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐Claimed as Exempt                    ■Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**NEVADA STATE BANK** | **Describe Property Securing Debt:**<br>**6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119** |

Property will be (check one):
■Surrendered                    ☐Retained

If retaining the property, I intend to (check at least one):
☐Redeem the property
☐Reaffirm the debt
☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐Claimed as Exempt                    ■Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**NEVADA STATE BANK** | **Describe Property Securing Debt:**<br>**6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119** |

Property will be (check one):
■Surrendered                    ☐Retained

If retaining the property, I intend to (check at least one):
☐Redeem the property
☐Reaffirm the debt
☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐Claimed as Exempt                    ■Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**TOYOTA MOTOR CREDIT** | **Describe Property Securing Debt:**<br>**2009 LEXUS (LEASED)** |

Property will be (check one):
    ☐Surrendered                  ■Retained

If retaining the property, I intend to (check at least one):
    ☐Redeem the property
    ■Reaffirm the debt
    ☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐Claimed as Exempt                 ■Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**US SMALL BUSINESS** | **Describe Property Securing Debt:**<br>**6841 S. EASTERN AVE. #100, LAS VEGAS, NEVADA 89119** |

Property will be (check one):
    ■Surrendered                  ☐Retained

If retaining the property, I intend to (check at least one):
    ☐Redeem the property
    ☐Reaffirm the debt
    ☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐Claimed as Exempt                 ■Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**WELLS FARGO HOME MORTGAGE** | **Describe Property Securing Debt:**<br>**3716 CAESARS CIRLE, LAS VEGAS, NEVADA 89120** |

Property will be (check one):
    ■Surrendered                  ☐Retained

If retaining the property, I intend to (check at least one):
    ☐Redeem the property
    ☐Reaffirm the debt
    ☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐Claimed as Exempt                 ■Not claimed as exempt

B8 (Form 8) (12/08)                                                                                         Page 5

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**WELLS FARGO HOME MORTGAGE** | **Describe Property Securing Debt:**<br>**3716 CAESARS CIRLE, LAS VEGAS, NEVADA 89120** |

Property will be (check one):
    ■Surrendered                           ☐Retained

If retaining the property, I intend to (check at least one):
    ☐Redeem the property
    ☐Reaffirm the debt
    ☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐Claimed as Exempt                    ■Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**5 POINT CAPITAL** | **Describe Leased Property:**<br>**CABINET LEASE EXPIRES OCTOBER 2012** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**5 POINT CAPITAL** | **Describe Leased Property:**<br>**FURNITURE LEASE EXPIRES OCTOBER 2012** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**ADVANCE FUNDS NETWORK** | **Describe Leased Property:**<br>**FUNDING AGREEMENT** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐YES        ■ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**APPLE MEDICAL CLINIC** | **Describe Leased Property:**<br>**OFFICE LEASE (JUDGMENT)** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐YES        ■ NO |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br>**DR. DAVID GEORGE** | **Describe Leased Property:**<br>**X-RAY LEASE EXPIRES OCTOBER 2012** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐NO |

| Property No. 6 |
|---|

B8 (Form 8) (12/08)                                                                                                          Page 6

| Lessor's Name:<br>GMAC AUTOMATIVE CREDIT | Describe Leased Property:<br>LEASE ON 2008 ESCALADE ESV | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |
|---|---|---|

| Property No. 7 | | |
|---|---|---|
| Lessor's Name:<br>IFC CREDIT CORP | Describe Leased Property:<br>EQUIPMENT LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 8 | | |
|---|---|---|
| Lessor's Name:<br>MAX ADVANCE | Describe Leased Property:<br>WORKING CAPITAL CASH ADVANCE AGREEMENT | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 9 | | |
|---|---|---|
| Lessor's Name:<br>PUGET SOUND LEASING | Describe Leased Property:<br>HYPERBARIC CHAMBER LEASE EXPIRES FEBRUARY 2013 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 10 | | |
|---|---|---|
| Lessor's Name:<br>RIBEIRO COMPANY | Describe Leased Property:<br>FLAMINGO OFFICE LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 11 | | |
|---|---|---|
| Lessor's Name:<br>SCRIP/HESSCO | Describe Leased Property:<br>DTS TRITON TABLE, EXPIRES APRIL 2010 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 12 | | |
|---|---|---|
| Lessor's Name:<br>SUNSET STORAGE WEST | Describe Leased Property:<br>BUSINESS STORAGE UNIT | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 13 | | |
|---|---|---|
| Lessor's Name:<br>TOYOTA MOTOR CREDIT | Describe Leased Property:<br>LEASE ON LEXUS IS 250 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

B8 (Form 8) (12/08)                                                                                                           Page 7

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **December 27, 2010**                     Signature  **/s/ JAMES WILLIAM CAMPBELL, JR.**

                                                    **JAMES WILLIAM CAMPBELL, JR.**
                                                    Debtor

Date  **December 27, 2010**                     Signature  **/s/ DANA LINE DARRIN-CAMPBELL**

                                                    **DANA LINE DARRIN-CAMPBELL**
                                                    Joint Debtor

# United States Bankruptcy Court
## District of Nevada

In re  **JAMES WILLIAM CAMPBELL, JR.**
**DANA LINE DARRIN-CAMPBELL**

Case No. _____

Chapter   **7**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor      □ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 27, 2010**

**/s/ Zachariah Larson**
**Zachariah Larson 7787**
**LARSON & STEPHENS, LLC**
**810 S. CASINO CENTER BLVD.**
**SUITE 104**
**LAS VEGAS, NV 89101**
**(702) 382-1170   Fax: (702) 382-1169**
**zlarson@lslawnv.com**

---

# United States Bankruptcy Court
## District of Nevada

In re   **JAMES WILLIAM CAMPBELL, JR.**
     **DANA LINE DARRIN-CAMPBELL**

Debtor(s)

Case No. _____

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **December 27, 2010**     **/s/ JAMES WILLIAM CAMPBELL, JR.**

                                        **JAMES WILLIAM CAMPBELL, JR.**
                                        Signature of Debtor

Date:   **December 27, 2010**     **/s/ DANA LINE DARRIN-CAMPBELL**

                                         **DANA LINE DARRIN-CAMPBELL**
                                        Signature of Debtor

.

JAMES WILLIAM CAMPBELL, JR.
DANA LINE DARRIN-CAMPBELL
3716 CAESARS CIRCLE
LAS VEGAS, NV 89120

Zachariah Larson
LARSON & STEPHENS, LLC
810 S. CASINO CENTER BLVD.
SUITE 104
LAS VEGAS, NV 89101

5 POINT CAPITAL
Acct No xxx-xxxxxx2-001
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 644006
CINCINNATI, OH 45264-4006

ADVANCE FUNDS NETWORK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2084 CONEY ISLAND AVENUE
BROOKLYN, NY 11223

ADVANTA BANK CORP
Acct No xxxxxxxxxxxx5170
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 8088
PHILADELPHIA, PA 19101-8088

AFS FAST CASH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
505 N. EUCLID STREET, SUITE 620
ANAHEIM, CA 92801

ALPHA OMEGA POOL SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10778 HOLMFIELD STREET
HENDERSON, NV 89052

AMERICAN FINANCE SOLUTIONS
Acct No xx1867
C/O DOTSON & QUALEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2320 PASEO DEL PRADO, BLDG B, SUITE 205
LAS VEGAS, NV 89102

APPLE MEDICAL CLINIC
Acct No xx1174
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1713 S. ONEIDA STREET
APPLETON, WI 54915

```
BANK OF AMERICA
Acct No xxxx-xxxx-xxxx-0271
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 1598
NORFOLK, VA 23501

BANKCARD SERVICES
Acct No xxxxxxxxxxxx5516
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 4477
BEAVERTON, OR 97076-4477

BARCLAYS BANK OF DELAWARE
Acct No xxxx-xxxx-xxxx-7662
ATTN: BANKRUPTCY DESK/MANAGING AGENT
125 S. WEST ST.
WILMINGTON, DE 19801

BLALOCK & QUALEY
Acct No xxxxxxxxxxxxx0001
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
20 BONNEVILLE AVE.
LAS VEGAS, NV 89101

BRIAN SCHECHTER, ESQ.
Acct No 190-9
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
243 FIFTH AVENUE, SUITE 720
NEW YORK, NY 10016

CAPITAL ONE
Acct No xxxx-xxxx-xxxx-2368
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 60024
CITY OF INDUSTRY, CA 91716-0024

CHASE
Acct No xxxx-xxxx-xxxx-2954
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4915 INDEPENDENCE PARKWAY
TAMPA, FL 33634

CHASE
Acct No xxxxxxxxx7800
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 78039
PHOENIX, AZ 85062-8039

CR SYS FOX
Acct No xx1174
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1055 WINNECONNE AVE.
PO BOX 528
NEENAH, WI 54957-0528
```

DISCOVER FINANCIAL SERVICES
Acct No xxxxxxxx8014
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 3025
NEW ALBANY, OH 43054-3025

DR. DAVID GEORGE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10645 N. TATUM BLVD.
PHOENIX, AZ 85028

FIRST ASIAN BANK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2610 S. JONES BLVD., SUITE 3
LAS VEGAS, NV 89146

FMA ALLIANCE, LTD.
Acct No xxxx-xxxx-xxxx-2954
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
11811 N. FREEWAY, SUITE 900
HOUSTON, TX 77060

FREDERICK J. HANNA & ASSOC.
Acct No 10046749
ATTN:  BANKRUTPCY DESK/MANAGING AGENT
1427 ROSWELL RD.
MARIETTA, GA 30062

FREDERICK J. HANNA & ASSOCIATES, P.C.
Acct No xxxx-xxxx-xxxx-2954
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1427 ROSWELL ROAD
MARIETTA, GA 30062

GENESIS FINANCIAL SOLUTIONS, INC.
Acct No xxxx7169
C/O PHILLIPS & COHEN ASSOCIATES, lTD.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1002 JUSTISON STREET
WILMINGTON, DE 19801

GMAC AUTOMATIVE CREDIT
Acct No xxxxxxxx2682
ATTN:  BANKRUTPCY DESK/MANAGING AGENT
PO BOX 12699
GLENDALE, AZ 85318

GUGLIELMO & ASSOCIATES
Acct No xxxxxxxx8014
ATTN:  BANKRUTPCY DESK/MANAGING AGENT
3235 S. EASTERN AVE.
LAS VEGAS, NV 89109

GW HEEL LIFT, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
709 S. FRANKLIN STREET
CUBA, MO 65453

H. EUGENE ADAMS
Acct No x-xxxx-xxxx-xx23-07
IRON COUNTY AUDITOR
ATTN: BANKRUPTCY DEPT, MANAGING AGENT
68 SOUTH 100 EAST, PO BOX 457
PAROWAN, UT 84761

HSBC/BEST BUY
Acct No xxxxxx-xxxxxx6704
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 15519
WILMINGTON, DE 19850

IFC CREDIT CORP
Acct No xxx-xxxxxx4-001
FPC FUNDING, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1310 MADRID STREET, SUITE 103
MARSHALL, MN 56258

INTEGRITY PAYMENT SYSTEMS, LLC
Acct No xxxxxxxxxxx7464
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1700 HIGGINS ROAD, SUITE 690
DES PLAINES, IL 60018

INTERNAL REVENUE SERVICE
C/O BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 21126
PHILADELPHIA, PA 19114-0326

JAMES W. JENSEN, ESQ.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
250 SOUTH MAIN STREET
PO BOX 726
CEDAR CITY, UT 84721

JOHN DEAN HARPER
Acct No xxx-xxxxxx4-001
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9330 W. LAKE MEAD BLVD., SUITE 200
LAS VEGAS, NV 89134

KIM WALKER, CPA
ATN: BANKRUPTCY DEPT. / MANAGING AGENT
9670 W. TROPICANA AVENUE, STE. 105
LAS VEGAS, NV 89147

MAX ADVANCE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4208 18TH AVENUE
BROOKLYN, NY 11218

MCYDSNB
Acct No xxxxxxxxx6420
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9111 DUKE BLVD.
MASON, OH 45040

MICHAEL D. MAZUR, ESQ.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3037 E. WARM SPRINGS ROAD, SUITE 200
LAS VEGAS, NV 89120

NATIONAL RECOVERY SYSTEMS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2304 TARPLEY ROAD, STE. 134
CARROLLTON, TX 75006

NATIONWIDE CREDIT, INC.
Acct No xxxx-xxxx-xxxx-7662
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1150 E. UNIVERSITY DRIVE, FIRST FLOOR
TEMPE, AZ 85281-8674

NEVADA STATE BANK
Acct No xxx-xxxxx-xxxxxxx-5001
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
P.O. BOX 990
LAS VEGAS, NV 89125

NORTHSTAR LOCATION SERVICES, LLC
Acct No xxxx-xxxx-xxxx-4660
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4285 GENESEE STREET
CHEEKTOWAGA, NY 14225-1943

PALM COURT OWNERS ASSOCIATION
LANDRY AND ASSOC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7235-A BERMUDA ROAD
LAS VEGAS, NV 89119

PLATINUM AMERICA
Acct No xxxx-xxxx-xxxx-0879
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 23029
COLUMBUS, GA 31902

PREMIER MECHANICAL
Acct No xxxxx-xxxxxx9608
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4375 POLARIS AVE., UNIT A
LAS VEGAS, NV 89103

PUEBLO MEDICAL IMAGING, LLC
Acct No xxx*xx232.1
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
DEPT. LA 21605
PASADENA, CA 91185-1605

PUGET SOUND LEASING
OF FIRST SOUND BANK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 1295
ISSAQUAH, WA 98027

RC WILLEY HOME FURNITURE
Acct No xxxxxx1517
ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT
2301 S. 300 W.
SALT LAKE CITY, UT 84115

RIBEIRO COMPANY
Acct No xx7581
C/O CLARK COUNTY COLLECTIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8860 W. SUNSET ROAD, STE. 100
LAS VEGAS, NV 89148

SCRIP/HESSCO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
DEPT. CH 17615
PALATINE, IL 60055-7615

SILVER STATE SCHOOLS CREDIT UNION
Acct No xxxxx0801
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
P.O. BOX 12037
LAS VEGAS, NV 89112

SUNRISE CREDIT SERVICES, INC.
Acct No xxxx-xxxx-xxxx-4660
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
260 AIRPORT PLAZA, PO BOX 9100
FARMINGDALE, NY 11735-9100

TOYOTA MOTOR CREDIT
Acct No xxxxxxL944
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10040 N 25TH AVE., STE. 200
PHOENIX, AZ 85021

TRANSWORLD SYSTEMS, INC.
Acct No xxxxx-xxxxxx9608
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6655 W. SAHARA AVE., #A-210
LAS VEGAS, NV 89146

US BANK PORTFOLIO SERVICES/IFC
C/O NATIONWIDE RECOVERY SYSTEMS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2304 TARPLEY ROAD, STE. 134
CARROLLTON, TX 75006

US SMALL BUSINESS
C/O NSDC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6572 SOUTH MCCARRAN BLVD.
RENO, NV 89509

VERDE VALLE HOA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3360 WEST SAHARA AVE., STE. 200
HENDERSON, NV 89012

VISDSNB
Acct No xxxxxxxxxxxx2146
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9111 DUKE BLVD
MASON, OH 45040

WELLS FARGO BUSINESS CARD
Acct No xxxxxxxxxxxx6657
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 348750
SACRAMENTO, CA 95834

WELLS FARGO HOME MORTGAGE
Acct No xxxxxxxxxxxxx0001
ATTN: BANKRUPTCY DESK/MANAGING AGENT
8480 STAGECOACH CIRCLE
FREDERICK, MD 21701

WFNNB/J CREW
Acct No xxxxxxxx0206
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 182273
COLUMBUS, OH 43218