**Entered on Docket**
**April 25, 2011**

*Bruce A. Markell*
Hon. Bruce A. Markell
United States Bankruptcy Judge

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
glw@tblaw.com

U.S. Bank National Association, as Trustee for WFASC 2003-J
11-70009 / xxxxxx5108

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 10-33870-bam |
| | Motion no. |
| James William Campbell, Jr. and | Date: |
| Dana Line Darrin-Campbell | Time: |
| | Chapter 7 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

Secured Creditor, U.S. Bank National Association, as Trustee for WFASC 2003-J its assignees and/or

successors in interest, with respect to the subject property, generally described as 3716 Caesars Circle,

Las Vegas NV.

1    IT IS FURTHER ORDERED, that relief is granted with respect to the Trustee only as the Debtor

2   received a discharge on April 5, 2011.

3

4   Submitted by:

5   **TIFFANY & BOSCO, P.A.**

    By: _____ #10235

6   **Gregory L. Wilde, Esq.**

7   Attorney for Secured Creditor

8   **APPROVED / DISAPPROVED**

9   By:_____

10  Zachariah Larson
    Attorney for Debtor(s)

11

12  **APPROVED / DISAPPROVED**

13  By:_____

    Brian D. Shapiro

14  Chapter 7 Trustee

15

16

17

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          __x__ failed to respond to the document

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor